**HILL, FARRER & BURRILL LLP**
James A. Bowles (Bar No. 089383)
    E-mail: jbowles@hillfarrer.com
Casey L. Morris (Bar No. 238455)
    E-mail: cmorris@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840

Attorneys for Defendant
Time Warner Cable, LLC

J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARY B. JEFFERSON,

         Plaintiff,

    vs.

TIME WARNER CABLE,

         Defendant.

CASE NO.  CV11-5637 GW (CWx)

**JUDGMENT**

Courtroom:  10, Spring St.
Judge:        Hon. George H. Wu

     This action came on for hearing before the Court, on April 19, 2012, and again on July 19, 2012, Hon. George H. Wu, District Judge Presiding, on a Motion for Summary Judgment by Defendant Time Warner Cable, LLC.  The evidence presented having been fully considered and the issues having been duly heard, on August 24, 2012, the Court entered its Minute Order granting Time Warner Cable LLC's Motion for Summary Judgment.  Based thereon,

     IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing against Defendant Time Warner Cable, LLC, that the action be dismissed on the merits against Defendant Time Warner Cable, LLC, and that Defendant Time Warner Cable, LLC, recover its costs.

DATED:  August 31, 2012

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

HFB 1177702.1 A5431026

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147